UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VALLIN, | 1:10-cv-01621-SMS  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION TO RECONSIDER MOTION FOR APPOINTMENT OF COUNSEL |
| FERNANDO GONZALES, | |
| Respondent. | (DOCUMENT #13) |

Petitioner has requested that the Court reconsider Petitioner's motion for the appointment of counsel, which was denied on October 25, 2010.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.  Petitioner has not shown any grounds for reconsideration of his prior motion.  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for reconsideration of his request for appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:     February 25, 2011                      /s/ Sandra M. Snyder**

UNITED STATES MAGISTRATE JUDGE